No. 950. Brotherhood of Locomotive Firemen & Enginemen et al. *v.* Chicago, Rock Island & Pacific Railroad Co. et al.; and

No. 973. Hardin, Prosecuting Attorney, et al. *v.* Chicago, Rock Island & Pacific Railroad Co. et al. Appeals from D. C. W. D. Ark. (Probable jurisdiction noted, 390 U. S. 941.) Motion for additional time for oral argument denied. Mr. Justice Fortas took no part in the consideration or decision of this motion. *Robert V. Light* on the motion.

No. 1301. Iaquinta *v.* New York City Employees Retirement System et al. Ct. App. N. Y. Motion to vacate order of dismissal and for leave to docket appeal denied. [For earlier orders herein, see, *e. g.,* 390 U. S. 1009.]

No. 1331, Misc. Boone *v.* Copinger, Warden. Motion for leave to file petition for writ of habeas corpus denied. *Francis B. Burch,* Attorney General of Maryland, and *Alfred J. O'Ferrall III,* Assistant Attorney General, for respondent in opposition.

No. 1684, Misc. Lundberg *v.* Buchkoe, Warden;
No. 1819, Misc. Kohlfuss *v.* Reincke, Warden;
No. 1831, Misc. Meunier *v.* Wisconsin;
No. 1855, Misc. Smith *v.* Lloyd, Correctional Superintendent;
No. 1857, Misc. Neely *v.* Rockview Correctional Institution Superintendent;
No. 1869, Misc. Rodriguez *v.* Nelson, Warden, et al.; and
No. 1875, Misc. Harris *v.* Rhay, Penitentiary Superintendent. Motions for leave to file petitions for writs of habeas corpus denied.